# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-621

_____

FREDERICK E. MELVIN,

    Appellant,

v.

FLORIDA DEPARTMENT OF
CORRECTIONS,

    Appellee.

_____


On appeal from the Circuit Court for Leon County.
Charles W. Dodson, Judge.

April 8, 2019


PER CURIAM.

    AFFIRMED.

WOLF, WINOKUR, and JAY, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Frederick E. Melvin, pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee; Kenneth S. Steely, General Counsel, and Beverly Brewster, Assistant General Counsel, Department of Corrections, Tallahassee, for Appellee.